IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HELEN MARIE WOODS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.
_____/

No. C 11-00351 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On January 24, 2011, Plaintiff filed a complaint appealing the denial of social security benefits. The Court granted Plaintiff's application to proceed *in forma pauperis*, and the defendant was served. On June 23, 2011, the Defendant filed an answer.[1] Under the Social Security Procedural Order issued on January 24, 2011, Plaintiff's motion for summary judgment was due thirty days after service of Defendant's answer. (*See* Docket No. 2.) Plaintiff has not filed a motion for summary judgment.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff's response to this Order to Show Cause shall be due by November 18, 2011. If Plaintiff intends to file a motion for summary judgment, she must show good cause for her failure to comply with the scheduling order in this case.

If Plaintiff fails to file a response to this Order to Show Cause by November 18, 2011, the Court shall dismiss this case without prejudice without further notice to Plaintiff. The Court

---

[1] On July 5, 2011, the Court granted Defendant's ex parte application for an extension of time to file its answer, but at that point the answer was already on file.

1  advises Plaintiff that the Handbook for Pro Se Litigants, contains helpful information about
2  proceeding without an attorney, is available through the Court's website or in the Clerk's office.
3  The Court also advises Plaintiff that he also may wish to seek assistance from the Legal Help
4  Center. Plaintiff may call the Legal Help Center at 415-782-9000, extension 8657, or sign up
5  on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who
6  may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: _____

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN MARIE WOODS,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE et al,<br><br>    Defendant. | Case Number: CV11-00351 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 4, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Helen Marie Woods
1179 8th Street
Oakland, CA 94607

Dated: November 4, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk